```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 24111
   NAPOLEON LADALE LAWSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8960


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/11/2008 and was not confirmed.

     The case was dismissed without confirmation 12/15/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
 NATIONAL AUTO FINANCE CO  UNSECURED         13739.30           .00            .00
 BANK OF AMERICA           CURRENT MORTG         .00            .00            .00
 HOUSEHOLD FINANCE/ BENEF  CURRENT MORTG         .00            .00            .00
 CITIMORTGAGE              SECURED NOT I        .00             .00            .00
 CITIMORTGAGE              UNSECURED       NOT FILED            .00            .00
 BANK OF AMERICA           UNSECURED       NOT FILED            .00            .00
 WESTHAVEN PARK TOWER CON  SECURED          3748.00             .00            .00
 INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00            .00
 RAE E MURRAY              NOTICE ONLY     NOT FILED            .00            .00
 SHEILA CLAY               NOTICE ONLY     NOT FILED            .00            .00
 CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
 HSBC                      UNSECURED          537.10            .00            .00
 ECAST SETTLEMENT CORP     UNSECURED         1170.09            .00            .00
 PROVENA HEALTH            UNSECURED       NOT FILED            .00            .00
 COMCAST                   UNSECURED       NOT FILED            .00            .00
 PAY DAY LOAN STORE        UNSECURED       NOT FILED            .00            .00
 CITY OF CHICAGO PARKING   UNSECURED         1450.00            .00            .00
 NATIONAL AUTO FINANCE CO  NOTICE ONLY     NOT FILED            .00            .00
 AMERICASH LOANS           UNSECURED       NOT FILED            .00            .00
 NATIONAL AUTO FINANCE CO  NOTICE ONLY     NOT FILED            .00            .00
 BENEFICIAL MORTGAGE CO O  SECURED NOT I   17185.00             .00            .00
 HOUSEHOLD FINANCE/ BENEF  MORTGAGE ARRE    2000.00             .00            .00
 BANK OF AMERICA           MORTGAGE ARRE   15224.25             .00            .00
 VILLA OAKS CONDO ASSOC    SECURED NOT I    2893.64             .00            .00
 PRO SE DEBTOR             DEBTOR ATTY         .00                             .00
 TOM VAUGHN                TRUSTEE                                             .00
 DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                    .00

 PRIORITY                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 24111 NAPOLEON LADALE LAWSON
```

```
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                   ---------------     ---------------
TOTALS                                         .00                 .00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE